IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| J.H.M, by his Next Friend and Mother GUADALUPE MANRIQUEZ, GUADALUPE MANRIQUEZ, Individually, and GERARDO HERNANDEZ RIVERA,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT ROY GRANT, M.D., and the UNITED STATES OF AMERICA,<br><br>Defendants. | C15-4018-MWB<br><br><br>JUDGMENT<br>IN A CIVIL CASE |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiffs, J.H.M, by his Next Friend and Mother Guadalupe Manriquez, Guadalupe Manriquez, Individually, and Gerardo Hernandez Rivera, take nothing and this matter is dismissed, in its entirety, without prejudice.

Dated: April 8, 2015.

ROBERT L. PHELPS
Clerk

 /s/ djs
(By) Deputy Clerk